USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_8/11/2021\_\_

# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

**MEMO ENDORSED**

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

August 4, 2021

**By ECF Filing**
Hon. Edgardo Ramos
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned to September 9, 2021, at 10:00 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_8/11/2021\_\_
> New York, New York

Re: *United States v. Robinson* – S1 20 Cr. 461 (ER)

Dear Judge Ramos:

    I represent Kenneth Robinson in the above-referenced matter. Sentencing of Mr. Robinson presently is scheduled for August 19, 2021. I write now to request that sentencing be adjourned for approximately two weeks, if that would be convenient for the Court. Mr. Robinson is on bail and not in custody, and has been compliant with all of the conditions of his bail. The reason for this request is that Mr. Robinson's wife recently tested positive for Covid and is in quarantine until the end of this week. Under these circumstances, I have been hesitant to meet with Mr. Robinson and as a result have not been able to complete a sentencing submission and prepare for sentencing. I am looking to adjourn sentencing for approximately two weeks with the preference, if possible, for sentencing to take place before I start what the Government in the EDNY has estimated to be a 3-week trial on September 13, 2021.

    I have communicated by email with AUSA Peter Davis, who advised me that the Government has no objection to the adjournment requested.

    Thank you for the Court's consideration of this request.

                                      Respectfully submitted,

                                      /s/
                                    John F. Kaley

cc: AUSA Peter Davis
    U.S. Probation Officer Ashley Geiser
    (via email and ECF filing)