USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:   11/2/2021

**DOAR RIECK  KALEY &  MACK**

ATTORNEYS  AT  LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR  BUILDING
7TH  FLOOR
217 BROADWAY
NEW  YORK,  N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website:  www.doarlaw.com

## MEMO ENDORSED

November 1, 2021

**By ECF Filing**
Hon. Edgardo Ramos
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Mr. Robinson's surrender date is extended to January 10, 2022.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:   11/2/2021
New York, New York

Re:  _United States v. Robinson_ – S1 20 Cr. 461 (ER)

Dear Judge Ramos:

I represent Kenneth Robinson in the above-referenced matter.  On September 9, 2021, Your Honor sentenced Mr. Robinson, _inter alia_, to incarceration for 30 months and set November 9, 2021 as the date for Mr. Robinson to surrender to the facility to be designated by the Bureau of Prisons ("BOP").  However, as of this date, the BOP has yet to designate a facility for the service of sentence, thereby necessitating Mr. Robinson's surrender to the United States Marshall's office at 500 Pearl Street and his detention at the MDC pending BOP designation.  A sixty-day extension of Mr. Robinson's surrender date would allow the BOP to designate him to a facility and for Mr. Robinson to surrender to the designated institution.  An adjournment also would allow Mr. Robinson to remain with his family through the upcoming holiday season.

Accordingly, I write now to request an adjournment of Mr. Robinson's surrender date for 60 days to January10, 2022.  Mr. Robinson is on bail and not in custody, and has been compliant with all of the conditions of his bail since the date of his arrest.

I have communicated by email with AUSA Peter Davis, who advised me that the Government takes no position as to the adjournment of surrender requested.

Thank you for the Court's consideration of this request.

Respectfully submitted,
/s/
John F. Kaley

cc: AUSA Peter Davis (via ECF and email